**Earl LETCHWORTH, Respondent,**

v.

**Dwight L. LARISON, Appellant.**

**No. WD 36357.**

Missouri Court of Appeals,
Western District.

June 25, 1985.

Philip Schwarz, Kansas City, for appellant.

Gregory M. Perlstein, Kansas City, for respondent.

Before LOWENSTEIN, P.J., and SHANGLER and SOMERVILLE, JJ.

### ORDER

PER CURIAM:

Appeal from a money judgment in the sum of $1500 against defendant attorney for services paid for, but not performed.

Affirmed. Rule 84.16(b).